**Motion Granted; Dismissed and Memorandum Opinion filed May 15, 2012.**



In The

# Fourteenth Court of Appeals

————————————

## NO. 14-12-00253-CR

————————————

## EX PARTE NANCY RICHEY

On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Cause No. 1814444

## MEMORANDUM   OPINION

A written request to withdraw the notice of appeal, personally signed by appellant, has been filed with this court.  *See* Tex. R. App. P. 42.2.  Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).